IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**CORDRELL ASKEW**                                                                             **PLAINTIFF**
**ADC # 119637**

v.                     Case No. 5:18-cv-00072-KGB

**L. GRIFFEN**, *et al.*,                                                        **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommendations submitted by United States Magistrate Judge Jerome T. Kearney (Dkt. No. 5). No objections have been filed, and the time for filing objections has passed. After careful consideration, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects (*Id.*). Accordingly, the Court dismisses without prejudice plaintiff Cordrell Askew's complaint based upon his failure to comply with Judge Kearney's March 15, 2018, Order and because of his failure to state a claim upon which relief may be granted. The Court further finds that dismissal of this action constitutes a "strike" within the meaning of the Prison Litigation Reform Act ("PLRA"), 28 U.S.C. § 1915(g). The Court also certifies that an in forma pauperis appeal from this Order dismissing this action would not be taken in good faith. 28 U.S.C. §1915(a)(3).

It is so ordered, this the 11th day of February, 2019.

Kristine G. Baker
United States District Judge