**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**CORDRELL ASKEW**                                                                              **PLAINTIFF**
**ADC # 119637**

**v.**                                   **Case No. 5:18-cv-00072-KGB**

**L. GRIFFEN, *et al.*,**                                                                    **DEFENDANTS**

<u>**JUDGMENT**</u>

     Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff

Cordrell Askew's complaint is dismissed without prejudice.

     So adjudged this the 11th day of February, 2019.

_____
Kristine G. Baker
United States District Judge